ACCEPTED
03-14-00553-CV
4113095
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/11/2015 3:32:05 PM
JEFFREY D. KYLE
CLERK

## CAUSE NO. 03-14-00553-CV

### IN THE COURT OF APPEALS

### FOR THE THIRD DISTRICT OF TEXAS

### AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/11/2015 3:32:05 PM
JEFFREY D. KYLE
Clerk

---

STEVEN PAUL WILSON, APPELLANT

V.

CHARLES C. DORBANDT, APPELLEE

---

## MOTION FOR EXTENSION OF TIME

COMES NOW, Appellee Charles C. Dorbandt, and respectfully moves this Honorable Court for an extension of time in which to file Appellee's Memorandum in Answer to Appellant's Brief.  In support thereof, Appellant would respectfully show:

That Appellee has not received, in a timely fashion, all documents filed by Plaintiff Appellant in this cause of action.  Appellee has recently been informed by the Court that a Brief was due by January 9, 2015.  None was filed and I was given notice of this on Friday, February 6, 2015 at approximately 6:00 p.m.  I am now asking for a short five (5) day extension of time.

Wherefore, Appellee would pray that his Motion be Granted.

Chris Dorbandt & Associates, PLLC
7000 N. Mopac Expwy., Ste. 200
Austin, TX 78731
512-407-9700
512-407-9701 (Fax)
Email: cdorbandt@austin-law.com

Charles C. Dorbandt
SBN: 90000837
Pro Se

## CERTIFICATE OF CONFERENCE

Appellee was not able to discuss this Motion with Plaintiff due to his

incarceration. Appellee has mailed a copy of the enclosed Motion for

Extension of Time to Appellant on the 11th day of February, 2015.

Charles C. Dorbandt